# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RAFAEL ANGEL DIAZ NIEVES,**

        **Plaintiff,**

-vs-                      Case No. 6:11-cv-1505-Orl-31DAB

**EDNA IRIZARRY; DILIA CARRASQUILLO; and FELICIA MARIE THERM BLOW,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Motion to Proceed *in forma pauperis* (Doc. No. 2), filed September 13, 2011.

On September 26, 2011, the United States Magistrate Judge issued a report (Doc. No. 3) recommending that the case be dismissed and the motion to proceed *in forma pauperis* be denied. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. This case is **DISMISSED** for lack of subject matter jurisdiction and the Motion to Proceed *in forma pauperis* is **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 18th day of October, 2011.

                                                              GREGORY A. PRESNELL
                                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party